# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVEH KAMYAB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-01947-DLB PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND**<br><br>ECF No. 8<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff Kaveh Kamyab ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On November 30, 2012, Plaintiff filed his Complaint. ECF No. 1. On April 29, 2013, Plaintiff filed a Motion to amend his Complaint. ECF No. 8.

As a general rule, parties may amend their pleadings once as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion is granted.

Plaintiff's amended complaint should be brief, Fed. R. Civ. P. 8(a), but must state what each named defendant did that led to the deprivation of Plaintiff's constitutional or other federal rights. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level . . . ." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

1     Plaintiff is advised that an amended complaint supersedes the original complaint, *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) *overruled in part on other grounds*, *Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. Aug. 29, 2012) (en banc); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superseded pleading," L. R. 220.

    Accordingly, it is HEREBY ORDERED that Plaintiff's Motion to amend his complaint is granted.  Plaintiff is granted thirty (30) days from the date of service of this order by which to file his First Amended Complaint.  Failure to timely file an amended complaint will be construed as Plaintiff waiving the opportunity to file an amended complaint.

IT IS SO ORDERED.

    Dated:   **May 23, 2013**                                        /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE