1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

KAVEH KAMYAB,

Case No. 1:12-cv-01947-DLB PC

12

Plaintiff,

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND**

13

v.

ECF No. 8

14

KATHLEEN ALLISON, et al.,

AMENDED COMPLAINT DUE WITHIN THIRTY DAYS

15

Defendants.

16

17        Plaintiff Kaveh Kamyab ("Plaintiff") is a prisoner in the custody of the California

18   Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis

19   in this civil action pursuant to 42 U.S.C. § 1983.  On November 30, 2012, Plaintiff filed his

20   Complaint.  ECF No. 1.  On April 29, 2013, Plaintiff filed a Motion to amend his Complaint.  ECF

21   No. 8.

22        As a general rule, parties may amend their pleadings once as a matter of course.  Fed. R. Civ.

23   P. 15(a).  Accordingly, Plaintiff's motion is granted.

24        Plaintiff's amended complaint should be brief, Fed. R. Civ. P. 8(a), but must state what each

25   named defendant did that led to the deprivation of Plaintiff's constitutional or other federal rights.

26   *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).   Although accepted as true, the "[f]actual

27   allegations must be [sufficient] to raise a right to relief above the speculative level . . . ."  *Bell Atl.*

28   *Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

1

1    Plaintiff is advised that an amended complaint supersedes the original complaint, *Forsyth v.*

2  *Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) *overruled in part on other grounds*, *Lacey v.*

3  *Maricopa County*, 693 F.3d 896, 928 (9th Cir. Aug. 29, 2012) (en banc); *King v. Atiyeh*, 814 F.2d

4  565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superseded

5  pleading," L. R. 220.

6    Accordingly, it is HEREBY ORDERED that Plaintiff's Motion to amend his complaint is

7  granted.  Plaintiff is granted thirty (30) days from the date of service of this order by which to file his

8  First Amended Complaint.  Failure to timely file an amended complaint will be construed as Plaintiff

9  waiving the opportunity to file an amended complaint.

10

11

12  IT IS SO ORDERED.

13    Dated:   **May 23, 2013**                    /s/ *Dennis L. Beck*

14                                           UNITED STATES MAGISTRATE JUDGE